UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MAINE DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) | |
| Movant, | ) ) | |
| v. | ) ) | 1:12-mc-124-JAW |
| FORREST T. GOODWIN, JR., | ) ) | |
| Respondent. | ) | |

**ORDER REGARDING THE RELEASE OF RECORD**

On June 20, 2012, the Court held a telephone conference of counsel regarding the Maine Department of Health and Human Services' (MDHHS) Motion to Quash a Subpoena that had been issued for the production of certain MDHHS records and ordered the MDHHS counsel to review the record to determine whether it contained any reference to Lynn Goodwin's role as a witness in the pending federal prosecution. *Order* (ECF No 5). On June 21, 2012, the Court received a letter from Assistant Attorney General (AAG) Janice S. Stuver, enclosing a portion of the record that contains such a reference, and it performed an *in camera* review of the relevant portion of the MDHHS record in accordance with *Pennsylvania v. Ritchie*, 480 U.S. 39, 60 (1987). Having reviewed the record, the Court concludes that "access to those records may be necessary for the determination of [an] issue before the court," 22 M.R.S. § 4008(3)(B) and ORDERS that the Maine Department of Health and Human to immediately release the document that is attached to AAG Stuver's letter, to Attorney Steven Smith, it being the Court's understanding that in

anticipation of this ruling the AAG has transmitted the documents electronically to the Office of the Attorney General in Bangor, Maine for release to Mr. Smith, if ordered.

    SO ORDERED.

                                     /s/ John A. Woodcock, Jr.
                                     JOHN A. WOODCOCK, JR.
                                     CHIEF UNITED STATES DISTRICT JUDGE

Dated this 21st day of June, 2012